IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JONATHAN THOMAS                                                                              PLAINTIFF

vs.                                              Civil No. 11-CV-4082

SHERIFF STOVALL; WARDEN BRAZEL;
WARDEN CANNON; SGT. WELCH;
and WESLEY PENNY                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 24, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 23). Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 21) be granted and the above-styled case be dismissed with prejudice on the grounds that Plaintiff has failed to comply with the Court's orders and has failed to prosecute this action. *See* Fed. R. Civ. P. 41(b). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Therefore, the Court adopts the Report and Recommendation *in toto*. The Court finds that Defendant's Motion to Dismiss (ECF No. 21) should be and hereby is **GRANTED** and the above-styled case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of February, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge